1494

## MOTION DOCKET

**90–2347.** State, ex rel. Consolidation Coal Co., v. Yance. *Franklin County*, No. 88AP–1179. On request for oral argument. Request denied.

**91–930.** State, ex rel. Frenz, v. Gwin. *Stark County*, No. CA–8515. On request for oral argument. Request denied.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**91–1609.** Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–107–EL–EFC and 90–108–EL–EFC. On motion to consolidate with 91–2339, *Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, Nos. 91–07–EL–EFC and 91–08–EL–EFC. Motion granted.

DOUGLAS, J., not participating.

**91–1044.** Myers v. Pub. Util. Comm. Public Utilities Commission, No. 90–1315–EL–CSS. On motion to compel intervention. Motion denied.

**91–1814.** State v. LaPoint. *Lucas County*, No. L–89–362. On motion for leave to file memorandum in support instanter. Motion granted.

RESNICK, J., not participating.

**91–1815.** State v. LaPoint. *Lucas County*, No. L–89–362. On motion for leave to file memorandum in support instanter. Motion granted.

RESNICK, J., not participating.